## UNITED STATES DISTRICT COURT
### IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KEITH SMITH

       Plaintiff,

                                Case No. 2:10-cv-14803

vs.

                                Hon. Avern Cohn

CHASE HOME FINANCE LLC

                                Magistrate Judge Mark A. Randon

       Defendant.

---

Crystal N. Hopkins (P70792)  
Hopkins & Associates, PLC  
Attorney for Plaintiff  
100 West Big Beaver Rd.  
Suite 200  
Troy, Michigan 48084  
(248) 345-3833  

Joseph H. Hickey (P41664)  
Brandon M. Blazo (P71172)  
Attorneys for Chase Home Finance LLC  
Dykema Gossett PLLC  
400 Renaissance Center  
Detroit, MI 48243  
(313) 568-6979 / FAX (313) 568-6691  
jhickey@dykema.com  
bblazo@dykema.com  

---

### DEFENDANT CHASE HOME FINANCE LLC STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

      Pursuant to L.R. 83.4, Chase Home Finance LLC ("Chase") makes the following disclosure:

    1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

        Yes   X                  No         

        If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

        **Chase is a subsidiary of Chase Home Finance Inc., which is a subsidiary of JPMorgan Chase Bank, N.A., which is a subsidiary of JPMorgan Chase & Co.**

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

2.      Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

Yes _____          No ___X___

DYKEMA GOSSETT PLLC


By: /s/ Brandon M. Blazo_____
    Joseph H. Hickey (P41664)
    Brandon M. Blazo (P71172)
    Attorneys for Chase Home Finance LLC
    400 Renaissance Center
    Detroit, MI 48243
    (313) 568-6979 / FAX (313) 568-6691
    jhickey@dykema.com
    bblazo@dykema.com

Date: December 6, 2010

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:  Crystal N. Hopkins.

By:   /s/ Brandon M. Blazo
Brandon M. Blazo
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-6979 / FAX (313) 568-6691
Email: bblazo@dykema.com
(P71172)

DET01\876509.1
ID\BB - 008241/0720

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243